# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Megan Castillo, et al., | No. CV-24-02279-PHX-SMB |
| Plaintiffs, | **ORDER** |
| v. | |
| Yuma County Board of Supervisors, et al., | |
| Defendants. | |

Pursuant to the Stipulation for Extension of Time for Defendant Jennifer Andjelich, PMHNP to Respond to Plaintiff's Complaint (Doc. 113),

**IT IS HEREBY ORDERED** that Defendant Jennifer Andjelich, PMHNP shall have additional time, up to and including **June 16, 2025**, to answer or otherwise respond to Plaintiff's Complaint.

Dated this 3rd day of June, 2025.

Honorable Susan M. Brnovich
United States District Judge